UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------
SHIVA STEIN,                                        :
                                                    :
       Plaintiff,                               :   Civ. No.        1:22-cv-3426
                                                    :
v.                                                  :
                                                    :
ANTARES PHARMA, INC., LEONARD S.                    :
JACOB, M.D., PH.D., THOMAS J.                       :
GARRITY, PETER S. GREENLEAF,                        :
ANTON GUETH, ROBERT P. ROCHE, JR.,                  :
KAREN SMITH, CARMEN VOLKART, and                    :
ROBERT F. APPLE,                                    :
                                                    :
       Defendants.                              :
--------------------------------------------------------  :
                                                    :

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Shiva Stein hereby voluntarily dismisses her individual claims in the above-captioned action (the "Action") with prejudice. Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

DATED:  May 17, 2022                         Respectfully submitted,

                                                         **MELWANI & CHAN LLP**

                                                         /s *Gloria Kui Melwani*
                                                         Gloria Kui Melwani (GM5661)
                                                         1180 Avenue of the Americas, 8th Floor
                                                         New York, New York 10036
                                                         Tel: (212) 382-4620
                                                         Email:  gloria@melwanichan.com

                                                          *Attorneys for Plaintiff*